No. 84–188.   ENERGY RESERVES GROUP, INC., ET AL. *v.* DEPARTMENT OF ENERGY ET AL.   Temp. Emerg. Ct. App.   Certiorari denied.   JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–594.   SMITH *v.* HONEYWELL, INC., ET AL.   C. A. 8th Cir.   Certiorari denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 84–608.   WESTINGHOUSE ELECTRIC CORP. ET AL. *v.* S/S LESLIE LYKES ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–5606.   ENGBERG *v.* WYOMING.   Sup. Ct. Wyo.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 83–6468.   ASKEW *v.* F & W EXPRESS, INC., ET AL., *ante,* p. 916;

No. 83–6832.   EDDMONDS *v.* ILLINOIS, *ante,* p. 894;

No. 84–5002.   WILLIS *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante,* p. 859;

No. 84–5073.   MACK *v.* W. R. GRACE & CO. ET AL., *ante,* p. 805;

No. 84–5206.   ALBANESE *v.* ILLINOIS, *ante,* p. 892;

No. 84–5244.   ATTWELL ET UX. *v.* U. S. POSTAL SERVICE ET AL., *ante,* p. 868; and

No. 84–5249.   STEWART *v.* ILLINOIS, *ante,* p. 920.   Petitions for rehearing denied.

No. 83–6862.   MACK *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL., *ante,* p. 871.   Petition for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.